[No. 28157-7-I. Division One. June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLD EUGENE PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06169-4, Jerome M. Johnson, J., entered March 26, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 27153-9-I. Division One. June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD JUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-02061-6, Steven G. Scott, J., entered September 4, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 11753-7-III. Division Three. June 1, 1993.]

PAUL R. HOWARD, *Appellant*, v. GREG SHAW, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-2-00380-6, Fred R. Staples, J., entered June 27, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 11431-7-III. Division Three. June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SERVANDO RAMOS-FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 90-1-00141-3, Evan E. Sperline, J., entered February 19, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.